■ INN CONTROL ASSOCIATES, INC., et al., Respondents, v JOHNSON S. ALBRIGHT, II, et al., as Partners of Mousaw, Vigdor, Reeves, Heilbronner & Kroll, Appellants.—Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Monroe County, Purple, Jr., J. (Appeal from order of Supreme Court, Monroe County, Purple, Jr., J.—summary judgment.) Present—Dillon, P. J., Doerr, Boomer and Lowery, JJ.